

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2020

No. 04-20-00436-CV

**IN THE INTEREST OF N.N.C. AND G.L.N**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02273
Honorable Susan D. Reed, Judge Presiding

## O R D E R

    This is an accelerated appeal from an order terminating parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. There are two appellants in this appeal, D.B. and T.C. We have granted each appellant a previous extension of time to file an appellant's brief. Each appellant has filed a second motion for an extension of time to file an appellant's brief. The motions are GRANTED. Appellants' briefs are due on or before **December 14, 2020**; however, **no further extensions of time will be granted.**

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2020.

_____
Michael A. Cruz,
Clerk of Court